UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
OFFICE OF THE CLERK

Patricia L. Brune

Clerk of Court

Reply To:

400 E. 9th Street
Kansas City, MO 64106
816-512-5000

May 14, 2007

United States District Court
George C. Young United States
 Courthouse
80 North Hughey Avenue
Ste. 300
Orlando, FL 32801

3:07-cv-392-J-32 TEM

Re: Transfer of our Civil Case No. 4:06-00775-CV-W-HFS
Your Case No. 3:07-md-2-J-32 TEM

MDL 1828 Transfer

Dear Clerk:

On May 14, 2007, this Court received a letter from your office requesting the case files in the above cases as they have been transferred to your Court for MDL # 1828.

Enclosed is our case file and a certified copy of the docket sheet.

If you need anything further, please let me know.

Sincerely,

/s/ Deputy Clerk

enc

Signature of Middle District of Florida:

CLOSED, EAPN, PHV

# U.S. District Court
## United States District Court for the Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: 4:06-cv-00775-HFS
### Internal Use Only

Ressler v. Imagitas Inc
Assigned to: District Judge Howard F. Sachs
Demand: $1,000,000
Cause: 18:2721 Driver's Privacy Protection Act

Date Filed: 09/15/2006
Date Terminated: 05/14/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Harvey W Ressler**     represented by     **Evan A. Douthit**
Douthit, Frets, Rouse, Gentile & Rhodes, LLC
903 East 104th Street
Suite 610
Kansas City, MO 64131
(816) 941-7600
Fax: (816) 941-6666
Email: edouthit@dfrglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norwood S. Wilner**
Spohrer Wilner Maxwell & Matthews, PA
701 West Adams Street
Suite 2
Jacksonville, FL 32204
(904)354-8310
Fax: (904)358-6889
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Charles Rouse**
Douthit, Frets, Rouse, Gentile & Rhodes, LLC
903 East 104th Street
Suite 610
Kansas City, MO 64131
(816) 941-7600
Fax: (816) 941-6666
Email: crouse@dfrglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Douglas Gentile**
Douthit, Frets, Rouse, Gentile & Rhodes, LLC
903 East 104th Street
Suite 610
Kansas City, MO 64131
(816) 941-7600
Fax: (816) 941-6666
Email: dgentile@dfrglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall L. Rhodes**
Douthit, Frets, Rouse, Gentile & Rhodes, LLC
903 East 104th Street
Suite 610
Kansas City, MO 64131

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.
Date Filed: 5-14-07
R.F. CONNOR, CLERK
By: George Kee, Deputy Clerk

                    (816) 941-7600
                    Fax: (816) 941-6666
                    Email: rrhodes@dfrglaw.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Felts**             represented by  **Evan A. Douthit**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Norwood S. Wilner**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Phillip Charles Rouse**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **R. Douglas Gentile**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Randall L. Rhodes**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Poynter**           represented by  **Evan A. Douthit**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Norwood S. Wilner**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Phillip Charles Rouse**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **R. Douglas Gentile**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Randall L. Rhodes**
                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Bradstreet**            represented by  **Evan A. Douthit**
                    (See above for address)
                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Norwood S. Wilner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Charles Rouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Douglas Gentile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall L. Rhodes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Imagitas Inc**    represented by    **Walter L. Cofer**
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550
Fax: (816) 421-5547
Email: wcofer@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher P. Nease**
Shook Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550
Fax: (816) 421-5547
Email: cnease@shb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2006 | 1 | COMPLAINT against Imagitas Inc (Filing fee $350 receipt number 1348825) Service due by 1/16/2007, filed by R. Douglas Gentile on behalf of Harvey W Ressler.(Gentile, R.) Additional attachment(s) added on 9/18/2006 (Kee, Georgia). (Entered: 09/15/2006) |
| 09/18/2006 | 2 | Notice of EAPN (Attachments: # 1 General Order)(Kee, Georgia) (Entered: 09/18/2006) |
| 10/03/2006 | 3 | Motion to allow Norwood Wilner to appear pro hac vice (Pro Hac fee $50 receipt number 1361307) filed by R. Douglas Gentile on behalf of Harvey W Ressler (Gentile, R.) (Entered: 10/03/2006) |
| 10/04/2006 | 4 | ORDER granting 3 motion to appear pro hac vice approved by Clerk of Court. Attorney Norwood S. Wilner for Harvey W Ressler allowed to appear pro hac vice.<br>This is a text only entry and will serve as authorization for the pro hac participation by the attorney. No document is attached.<br>(Beard, Melanie) (Entered: 10/04/2006) |

| 10/05/2006 | 5 | AMENDED COMPLAINT against Imagitas Inc filed by R. Douglas Gentile on behalf of Harvey W Ressler.(Gentile, R.) (Entered: 10/05/2006) |
|---|---|---|
| 10/06/2006 |  | SUMMONS ISSUED as to Imagitas Inc. (Kee, Georgia) (Entered: 10/06/2006) |
| 11/27/2006 | 6 | ACKNOWLEDGEMENT OF SERVICE executed Acknowledgement filed by Harvey W Ressler. (Attachments: # 1 10-30-06 Correspondence)(Gentile, R.) (Entered: 11/27/2006) |
| 12/12/2006 | 7 | ANSWER to Amended Complaint against all plaintiffs filed by Christopher P. Nease on behalf of Imagitas Inc.(Nease, Christopher) Modified docket text to correct event title on 12/12/2006 (Carr, Lori). (Entered: 12/12/2006) |
| 12/12/2006 | 8 | DISCLOSURE OF CORPORATE INTERESTS filed by Christopher P. Nease on behalf of Defendant Imagitas Inc.(Nease, Christopher) (Entered: 12/12/2006) |
| 12/13/2006 | 9 | NOTICE OF PRETRIAL PROCEDURE signed by Judge Howard F. Sachs on 12/13/2006. The parties are to file a joint Proposed Scheduling Order by 2/2/2007.(Moritz, Julie) (Entered: 12/13/2006) |
| 12/20/2006 |  | The document originally filed on 12/20/06 as document no. 10, NOTICE of filing by Imagitas Inc *Motion to Transfer Under 28 U.S.C. Sec. 1407* (Nease, Christopher) has been deleted as the wrong document was attached. Counsel will refile. Modified on 12/21/2006 (Carr, Lori). (Entered: 12/20/2006) |
| 12/20/2006 | 11 | NOTICE of filing by Imagitas Inc *Memorandum of Law in Support of Defendant Imagitas, Inc.'s Motion to Transfer Under 28 U.S.C. Sec. 1407* (Nease, Christopher) Additional attachment(s) added on 12/21/2006 (Carr, Lori). (Entered: 12/20/2006) |
| 12/20/2006 |  | The document originally filed on 12/20/06 as document no. 12, NOTICE of filing by Imagitas Inc *Motion to Transfer Schedule A (Submitted pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation* (Nease, Christopher), has been deleted as a seperate entry and attached to document no. 11 as an exhibit. Modified on 12/21/2006 (Carr, Lori). (Entered: 12/20/2006) |
| 12/20/2006 | 13 | NOTICE of filing by Imagitas Inc *Evidentiary Submission in Support of Imagitas, Inc.'s Motion to Transfer Under 28 U.S.C. Sec. 1407* (Nease, Christopher) (Entered: 12/20/2006) |
| 12/20/2006 | 14 | NOTICE of filing by Imagitas Inc *Certificate of Service By Mail* (Nease, Christopher) (Entered: 12/20/2006) |
| 12/21/2006 |  | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 12/20/06 as Document No. 10, NOTICE of filing. The document has been deleted as the incorrect document was filed. Counsel will refile the correct document. This is a text entry only - no document is attached. (Carr, Lori) (Entered: 12/21/2006) |
| 12/21/2006 |  | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 12/20/06 as Document No. 12, NOTICE of filing. The document which was filed as a separate entry has been deleted and attached to the document to which it is an exhibit 11. This is a text entry only - no document is attached. (Carr, Lori) (Entered: 12/21/2006) |
| 12/21/2006 |  | NOTICE of filing by Imagitas Inc *Defendant Imagitas, Inc.'s Motion to Transfer Under 28 U.S.C. Sec. 1407* (Nease, Christopher) (Entered: 12/21/2006) |
| 12/21/2006 | 15 | Notice of Filing : Re: Motion to reassign/transfer case to the Northern District of Ohio filed by Christopher P. Nease on behalf of Imagitas IncSuggestions in opposition/response due by 1/5/2007 unless otherwise directed by the court. (Kee, Georgia) Modified on 12/28/2006 to change document title text and terminate motion deadlines(Beard, Melanie). (Entered: 12/22/2006) |
| 12/22/2006 |  | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 12/21/06 as Document No. 15, NOTICE of filing. The document has been deleted as the incorrect event was used when filing the document. This is a text entry only - no document is attached. (Kee, Georgia) (Entered: 12/22/2006) |
| 12/28/2006 |  | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 12/21/06 as Document No. 15, Notice of Filing : Re: Motion to reassign/transfer case to the Northern District of Ohio. Terminate motion title and deadlines, as it was filed in error. This is a text entry only - no document is attached. (Beard, Melanie) (Entered: 12/28/2006) |

| 12/28/2006 | 16 | LETTER from Judicial Panel on Multidistrict Litigation re MDL 1828 - In Re Imagitas, Inc., Drivers' Privacy Protection Act Litigation. (Carr, Lori) (Entered: 01/04/2007) |
| --- | --- | --- |
| 01/25/2007 | 17 | MOTION to stay *Proceedings* filed by Christopher P. Nease on behalf of Imagitas Inc. Suggestions in opposition/response due by 2/12/2007 unless otherwise directed by the court. (Nease, Christopher) (Entered: 01/25/2007) |
| 01/25/2007 | 18 | SUGGESTIONS in support re 17 MOTION to stay *Proceedings* filed by Christopher P. Nease on behalf of Defendant Imagitas Inc. (Related document(s)17) (Nease, Christopher) (Entered: 01/25/2007) |
| 01/26/2007 | 19 | RESPONSE to motion re 17 MOTION to stay *Proceedings* filed by R. Douglas Gentile on behalf of Plaintiffs Arthur Felts, Michele Poynter, Harvey W Ressler, Jan Bradstreet. Reply suggestions due by 2/15/2007 unless otherwise directed by the court (Related document(s)17) (Gentile, R.) (Entered: 01/26/2007) |
| 05/14/2007 | 20 | CONDITIONAL TRANSFER ORDER from William Terrell Hodges, Chairman, transferring case to the MDL panel, Docket #1828, Middle District of Florida, case # 3:07-md-2-J-32TEM (Kee, Georgia) (Entered: 05/14/2007) |
| 05/14/2007 |  | ***Remark: Mailed certified documents which were in the case filed and a certified copy of the docket sheet this date to the Middle District of Florida. (Kee, Georgia) (Entered: 05/14/2007) |
| 05/14/2007 |  | (Court only) ***Civil Case Terminated. (Kee, Georgia) (Entered: 05/14/2007) |

MIME-Version:1.0 From:ecfMOW.notification@mow.uscourts.gov To:cmecf_atynotifications@mow.uscourts.gov Bcc: Message-Id:<2067238@mow.uscourts.gov>Subject:Activity in Case 4:06-cv-00775-HFS Ressler v. Imagitas Inc Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### United States District Court for the Western District of Missouri

**Notice of Electronic Filing**

The following transaction was entered on 5/14/2007 at 1:54 PM CDT and filed on 5/14/2007

| | |
|---|---|
| **Case Name:** | Ressler v. Imagitas Inc |
| **Case Number:** | 4:06-cv-775 |
| **Filer:** | |
| **Document Number:** | 20 |

**Docket Text:**
CONDITIONAL TRANSFER ORDER from William Terrell Hodges, Chairman, transferring case to the MDL panel, Docket #1828, Middle District of Florida, case # 3:07-md-2-J-32TEM (Kee, Georgia)

**4:06-cv-775 Notice has been electronically mailed to:**
Phillip Charles Rouse crouse@dfrglaw.com
Evan A. Douthit edouthit@dfrglaw.com
Randall L. Rhodes rrhodes@dfrglaw.com
R. Douglas Gentile dgentile@dfrglaw.com, swilliams@dfrglaw.com
Walter L. Cofer wcofer@shb.com
Christopher P. Nease cnease@shb.com, avogt@shb.com
**4:06-cv-775 It is the filer's responsibility for noticing the following parties by other means:**
Norwood S. Wilner
Spohrer Wilner Maxwell & Matthews, PA
701 West Adams Street
Suite 2
Jacksonville, FL 32204

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP MOWDStamp_ID=875559776 [Date=5/14/2007] [FileNumber=2067236-0]
[c8d992aa5d7f6ef87be01c8d0da5c912c3ffb038aa687196bf807fbb1bd6728b379a6
5d7a313d244f24af3e0d4b33da35de18c6c336c561698d1699c0403ecd8]]

ECF
DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

MAY 1 4 2007

By: _Georgia Kee_ Deputy Clerk

A CERTIFIED TRUE COPY

MAY - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAY - 8 2007

FILED
CLERK'S OFFICE

2007 MAY -9 A 10: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1828*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE IMAGITAS, INC., DRIVERS' PRIVACY PROTECTION ACT LITIGATION*

3:07-md-2-J-32TEM

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA,[*] JUDGES OF THE PANEL*

## TRANSFER ORDER

This litigation currently consists of eight actions in the following districts: two actions each in the District of Massachusetts and the Northern District of Ohio, and an action each in the Middle District of Florida, the District of Minnesota, the Western District of Missouri, and the Southern District of New York as listed on Schedule A.[1] Defendant Imagitas, Inc. (Imagitas) moves the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in the Northern District of Ohio. Plaintiffs in three actions originally supported centralization in the Northern District of Ohio but, at oral argument, changed their preferred transferee district to the Middle District of Florida.[2] Plaintiffs in six actions oppose centralization but, alternatively, support transfer to the Middle District of Florida.[3]

On the basis of the papers filed and hearing session held, the Panel finds that these eight actions involve common questions of fact, and that centralization under Section 1407 in the Middle District of Florida will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These actions are putative nationwide and/or statewide class

---

[*] Judge Scirica took no part in the decision of this matter.

[1] The Panel has been notified of four additional related actions pending in the following districts: the Middle District of Florida, the Southern District of Florida, the District of Minnesota, and the Western District of Missouri. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] Supporting transfer to the Middle District of Florida are plaintiffs in the *Mathias* actions in the District of Massachusetts and the Northern District of Ohio and plaintiff Landree in the constituent District of Minnesota action, which is a consolidated action.

[3] Plaintiffs in the constituent Middle District of Florida and Western District of Missouri actions, the Southern District of New York action, the District of Massachusetts *Kendron* action, and the Northern District of Ohio *Bogard* action, and plaintiff Kracum in the consolidated District of Minnesota action oppose transfer but alternatively support centralization in the Middle District of Florida.

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

- 2 -

actions that share factual questions concerning the propriety of Imagitas's performance of certain contracts involving the departments of motor vehicles of six states. All actions allege that Imagitas violated the Drivers' Privacy Protection Act, 18 U.S.C. §§ 2721, *et seq*. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to issues of class certification), and conserve the resources of the parties, their counsel and the judiciary.

Objecting plaintiffs argue that Section 1407 centralization is not needed because the actions do not involve issues of sufficient complexity and that voluntary coordination among the parties is preferable to centralization. We disagree. The eight actions before the Panel contain competing class allegations and involve allegations that could spawn challenging procedural questions and pose the risk of inconsistent and/or conflicting rulings. While we applaud every cooperative effort undertaken by parties to any litigation, transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can ensure that pretrial proceedings will be conducted in a streamlined manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties and the judiciary.

We are of the view that the Middle District of Florida is an appropriate transferee forum for this docket. The constituent action pending in the Middle District of Florida, which was the first action filed, is relatively more procedurally advanced than the other actions. By selecting Judge Timothy J. Corrigan to serve as transferee judge, we are assigning this docket to a jurist already familiar with the contours of the litigation and able to steer this matter on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions pending outside the Middle District of Florida and listed on Schedule A are transferred to the Middle District of Florida and, with the consent of that court, assigned to the Honorable Timothy J. Corrigan for coordinated or consolidated pretrial proceedings with the action already pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1828 -- In re Imagitas, Inc., Drivers' Privacy Protection Act Litigation

### Middle District of Florida

*Marvin N. Rine, et al. v. Imagitas, Inc.*, C.A. No. 3:06-690

### District of Massachusetts

*John J. Kendron, et al. v. Imagitas, Inc.*, C.A. No. 1:06-11893
*Neil Mathias v. Imagitas, Inc.*, C.A. No. 1:06-12061

### District of Minnesota

*David R. Kracum, et al. v. Imagitas, Inc.*, C.A. No. 0:06-3817

### Western District of Missouri

*Harvey W. Ressler, et al. v. Imagitas, Inc.*, C.A. No. 4:06-775

### Southern District of New York

*Raymond A. Joao v. Imagitas, Inc.*, C.A. No. 1:06-13367

### Northern District of Ohio

*Neil Mathias, et al. v. Imagitas, Inc.*, C.A. No. 1:06-2118
*Jeannine Bogard, et al. v. Imagitas, Inc.*, C.A. No. 5:06-2868