IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Harvey Ressler, Arthur Felts, Michele Poynter, and Jan Bradstreet, Individually and on Behalf of All Others Similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> Imagitas, Inc. <br> A Delaware Corporation <br><br> Defendant | Case Number: 06-0775-CV-W-HFS <br><br><br><br><br> CLASS ALLEGATIONS WITH <br> DEMAND FOR JURY TRIAL |

## FIRST AMENDED COMPLAINT

Plaintiffs Harvey Ressler, Arthur Felts, Michele Poynter and Jan Bradstreet, on their own behalf and on behalf of all others similarly situated, allege and aver as follows.

### I. Parties, Venue and Jurisdiction

1. This action arises under the Driver's Privacy Protection Act ("DPPA"), 18 U.S.C. §§2721, et seq. This case is based on improper actions by defendant Imagitas, who obtained and misused "personal information" (as defined by the DPPA) belonging to plaintiffs for commercial purposes, as prohibited by the DPPA.

2. This Court has subject matter jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 because this action arises under a statute of the United States. The DPPA specifically authorizes this Court to exercise jurisdiction.

3. Plaintiffs are residents of Missouri whose personal information was obtained by the Missouri Department of Motor Vehicles (Missouri DMV) and improperly obtained and used by defendant.

1

4. Acts giving rise to plaintiffs' cause of action occurred in the Western District of Missouri, Western Division. Pursuant to 28 U.S.C. §1391(c), venue for this action is proper in the Western District of Missouri.

5. Defendant Imagitas, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business at 48 Woerd Avenue, Waltham, Massachusetts. Imagitas is not registered with the Missouri Secretary of State to do business in Missouri, although it is, in fact, doing business in and with the State. Pursuant to Fed.R.Civ.P. 4, Imagitas may be served with process by serving its registered agent for service of process, Brett H. Matthews, 55 Willow Street, Dover, Massachusetts 02030.

6. Imagitas obtained and used plaintiffs' personal information to target and distribute advertising materials to plaintiffs in violation of the DPPA.

## II. The DPPA

7. The DPPA forbids the use of "personal information" contained in motor vehicle records for any non-governmental purpose, without the express consent of the person identified by the information. Such "personal information" by statute includes the name and address of motor vehicle owners, the type of registered vehicle, and other matters.

8. The DPPA preempts all state law to the contrary.

9. The DPPA provides for liquidated damages of $2,500.00 for violations of its provisions.

## III. Violation of Privacy

10. Plaintiffs own one or more motor vehicles registered in the State of Missouri.

2

11.   Plaintiffs have received, and others similarly situated continue to receive, vehicle re-registration packages which contain official governmental correspondence and renewed registrations.

12.   These re-registration packages were sent to plaintiffs' residential addresses by Imagitas utilizing plaintiffs' "personal information" as defined in 18 U.S.C. §2725(3).

13.   In these re-registration packages, plaintiffs received, and others similarly situated continue to receive, commercial advertising and literature.

14.   The commercial advertising has no obvious state purpose or connection but merely targets plaintiffs and others similarly situated for solicitation of particular commercial ventures.

IV.   Actions of Defendant Imagitas

15.   At all relevant times, defendant Imagitas entered into a contract or partnership with the Missouri DMV to provide printing and distribution of materials relating to registration renewals to Missouri residents.

16.   Imagitas obtained plaintiffs' personal information from the Missouri DMV and has obtained personal information from the Missouri DMV for others similarly situated.

17.   For its own benefit, Imagitas inserted commercial advertising in the re-registration packages received by plaintiffs and others similarly situated.

18.   Without first obtaining express consent, Imagitas used this personal information for a purpose not permitted under the DPPA.

19.   Imagitas' use of this personal information constitutes an invasion of privacy that violates the DPPA.

## V. Missouri Class Action

20. Pursuant to Fed.R.Civ.P. 23(b)(3), plaintiffs bring this action on their own behalf and all others similarly situated, as a representative of the following class.

21. Class Definition. Each and every individual, whose name, address, driver identification number, race, date of birth, sex and/or social security number were contained in motor vehicle records obtained by Imagitas from the Missouri DMV, and who received advertisements enclosed in registration or license renewal correspondence, without giving prior express consent, from June 1, 2000 through the date of judgment herein.

22. Numerosity. The Class is so numerous that individual joinder of all members is impracticable. Missouri currently has over 2,000,000 drivers and 2,700,000 vehicles registered with the Missouri DMV.

23. Common Questions. There are questions of law or fact common to the Class, which common questions predominate over any questions affecting individual members. The common questions include:

    a. Whether Imagitas improperly obtained and/or used plaintiffs' personal information from records of the Missouri DMV within the meaning of the DPPA;

    b. Whether Imagitas knowingly obtained, disclosed, or used plaintiffs' personal information for a use not permitted by the DPPA.

24. Typicality. The claims of the representative parties are typical of the claims of the Class. Each representative and each member of the Class has the same or similar factual circumstances, invasion of personal information, and damages. Thus, each

4

representative and member of the Class has the same civil right of action under the DPPA.

25. Adequacy of Representatives. The representative parties will fairly and adequately protect the interests of the Class.

26. Competence of Counsel. Plaintiffs have retained competent attorneys who are experienced in the conduct of class actions.

    a. Plaintiffs and their counsel have the necessary resources to adequately and vigorously litigate this class action.

    b. Plaintiffs and their counsel are aware of their fiduciary responsibility to the class members and are determined to diligently discharge those duties to obtain the best possible recovery for the Class.

## VI. Prayer for Relief

27. Plaintiffs demand judgment on their behalf and on behalf of all other Class members, including:

    a. A declaration that this action is properly maintainable as a class action;

    b. A declaration that defendant must cease from further violations of the DPPA;

    c. Compensatory damages;

    d. Statutory liquidated damages of $2,500.00 for each class representative and class member whose personal information was obtained, disclosed or used in violation of the DPPA;

    e. Punitive damages;

    f. Attorneys' fees and costs;

    g. Any other legal and/or equitable relief the Court deems appropriate.

**PURSUANT TO LOCAL RULE 38.1, PLAINTIFFS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

        DOUTHIT FRETS ROUSE GENTILE & RHODES, LLC

        /s/ R. Douglas Gentile

| | |
|---|---|
| Evan A. Douthit | MO # 33141 |
| Phillip C. Rouse | MO # 31664 |
| R. Douglas Gentile | MO # 34792 |
| Randall L. Rhodes | MO # 43211 |

        dgentile@dfrglaw.com

        903 East 104th Street, Suite 610
        Kansas City, Missouri 64131
        (816) 941-7600
        (816) 941-6666 (facsimile)

        and

        SPOHRER WILNER MAXWELL & MATTHEWS, P.A.

        /s/ Norwood S. Wilner

        Norwood S. Wilner        Admitted *Pro Hac Vice*
        nwilner@swmmlaw.com

        701 West Adams Street, Suite #2
        Jacksonville, Florida 32204
        (904) 354-8310
        (904) 358-6889 (facsimile)

        ATTORNEYS FOR PLAINTIFFS

MIME-Version:1.0 From:ecf.notification@mow.uscourts.gov To:cmecf_atynotifications@mow.uscourts.gov Bcc: Message-Id:<1858724@mow.uscourts.gov>Subject:Activity in Case 4:06-cv-00775-HFS Ressler v. Imagitas Inc "Amended Complaint" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Western District of Missouri

Notice of Electronic Filing

The following transaction was received from Gentile, R. Douglas entered on 10/5/2006 at 2:54 PM CDT and filed on 10/5/2006

| | |
|---|---|
| **Case Name:** | Ressler v. Imagitas Inc |
| **Case Number:** | 4:06-cv-775 |
| **Filer:** | Harvey W Ressler |
| **Document Number:** | 5 |

**Docket Text:**
AMENDED COMPLAINT against Imagitas Inc filed by R. Douglas Gentile on behalf of Harvey W Ressler.(Gentile, R.)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP MOWDStamp_ID=875559776 [Date=10/5/2006] [FileNumber=1858722-0]
[66566fa241830d82d4e1ef153ef502cba526007d4d130a05e49fd16f72ac54efd2d21
23ce91765ace9265f54d9a9ce6535c16f6840dc2b3c3e58d84e07e1330e]]

**4:06-cv-775 Notice will be electronically mailed to:**
Evan A. Douthit    edouthit@dfrglaw.com
R. Douglas Gentile    dgentile@dfrglaw.com, swilliams@dfrglaw.com
Randall L. Rhodes    rrhodes@dfrglaw.com
Phillip Charles Rouse    crouse@dfrglaw.com
**4:06-cv-775 Notice will be delivered by other means to:**
Norwood S. Wilner
Spohrer Wilner Maxwell & Matthews, PA
701 West Adams Street
Suite 2
Jacksonville, FL 32204

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.
Date Filed: MAY 14 2007
R.F. CONNOR, CLERK
By: _____, Deputy Clerk